No. 99–703. MILLS v. MEADOWS ET AL. C. A. 4th Cir. Motion of National Association of Police Organizations for leave to

file a brief as *amicus curiae* granted. Certiorari denied. ▮